the consideration or decision of this case. *Mr. Herman Phleger,* with whom *Messrs. Wm. B. Bosley,. Robert H. Gerdes* and *James S. Moore, Jr.* were on the brief, for petitioner. *Mr. Chester T. Lane,* with whom *Solicitor General Fahy, Messrs. Roger S. Foster, Milton V. Freeman, David K. Kadane* and *Arnold R. Ginsburg* were on the brief, for respondent.

No. 872. FORD MOTOR CO. *v.* PENNSYLVANIA. March 12, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Flint* v. *Stone Tracy Co.,* 220 U. S. 107, 165; *Educational Films Corp.* v. *Ward,* 282 U. S. 379; *Ford Motor Co.* v. *Beauchamp,* 308 U. S. 331; *Butler Bros.* v. *McColgan,* 315 U. S. 501; (2) *Kansas City, M. & B. R. Co.* v. *Stiles,* 242 U. S. 111; *Northwestern Mutual Life Ins. Co.* v. *Wisconsin,* 247 U. S. 132; (3) *Phelps* v. *Board of Education,* 300 U. S. 319, 322–323. *Messrs. W..A. Seifert, Geo. Ross Hull* and *Roy J. Keefer* for appellant. *James H. Duff,* Attorney General, and *Mr. H. F. Stambaugh* for appellee.

No. 873. QUAKER OATS CO. *v.* PENNSYLVANIA. March 12, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Flint* v. *Stone Tracy Co.,* 220 U. S. 107, 165; *Educational Films Corp.* v. *Ward,* 282 U. S. 379; *Ford Motor Co.* v. *Beauchamp,* 308 U. S. 331; *Butler Bros.* v. *McColgan,* 315 U. S. 501; (2) *Kansas City, M. & B. R. Co.* v. *Stiles,* 242 U. S. 111; *Northwestern Mutual Life Ins. Co.* v. *Wisconsin,* 247 U. S. 132; (3) *Phelps* v. *Board of Education,* 300 U. S. 319, 322–323; (4) *Western Live*